# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**PATRICIA SIMS,**
on behalf of herself and
Others similarly situated,

        Plaintiff,

v.                                   Case No: 22-2112-JWB

**KAHRS LAW OFFICES, P.A.,**

        Defendant,

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed March 31, 2023, this action is dismissed without prejudice for lack of jurisdiction.

    March 31, 2023                              SKYLER B. O'HARA
       Date                                      CLERK OF THE DISTRICT COURT

                                             by:   s/ Joyce Roach
                                                     Deputy Clerk